IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KRISTOPHER JONES and<br>EARNEST MOORE,<br><br>    Plaintiffs,<br><br>    v.<br><br>Koch Foods of Alabama LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   CIV. ACT. NO. 2:18cv854-ALB<br>)<br>)<br>)<br>) |

## RULE 26(f) ORDER

The parties are hereby ORDERED, pursuant to FED.R.CIV.P. 26(f), to confer and to develop a revised proposed discovery plan and other information as required for filing the report of the parties' planning meeting. Accordingly, it is

ORDERED that the FED.R.CIV.P. 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than February 5, 2020.

**Dispositive motions shall be filed no later than 180 days prior to the pretrial hearing/conference date**. If the parties seek to vary from that schedule, they should present, in the plan, specific case-related reasons for the requested variance. In their Rule 26(f) report, however, the parties should assume that the 180-day requirement will apply when the court enters the Rule 16(b) Uniform Scheduling Order. ("USO").

It is also the policy of this district that Rule 26(a)(3) witness list exchange (§ 9 USO), deposition designations (§ 10 USO), and exchange of trial exhibits and evidence (§ 11 USO) occur no later than 42 days prior to trial, to allow appropriate time for filing and

resolution of objections and motions related thereto. The parties may agree to longer deadlines, but shorter deadlines ordinarily will not be allowed.

This case ordinarily will be set for trial during one of the presiding judge's regularly scheduled civil trial terms**, within 14 to 16 months of this order** if a term is available and, if not available, then as soon as possible thereafter. **The pretrial date is normally set within four to eight weeks of a scheduled trial term.** The dates of each judge's civil trial terms are available on the court's website located at http://www.almd.uscourts.gov.

The court may or may not hold a scheduling conference before issuing a scheduling order. If the court holds a scheduling conference, counsel may participate in the scheduling conference by conference call unless otherwise ordered by the court.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is also available on the court's website.

**DONE** and **ORDERED** this 15th day of January 2020.

                                                   /s/ Andrew L. Brasher
                                                 ANDREW L. BRASHER
                                                 UNITED STATES DISTRICT JUDGE